W. H. Rood, Appellant, v. The National Spraker Bank of Canajoharie, N. Y., in Liquidation, and John R. Beach and Others as Trustees of the National Spraker Bank of Canajoharie, N. Y., in Liquidation, and National Spraker Bank in Canajoharie, N. Y., Respondents.— Plaintiff has appealed from the judgment of the Montgomery Trial Term dismissing his complaint. The action was brought to recover from defendants the sum of $1,375. Plaintiff alleged that he deposited with the National Spraker Bank of Canajoharie, N. Y., between March 10, 1919, and February 19, 1920, the sum of $1,680, and that he made withdrawals therefrom between March 18, 1919, and January 29, 1920, amounting to the sum of $305. He testified that he made no further withdrawals. The answer admitted the deposit of the moneys but alleged that the entire amount had been withdrawn. The trial court found that it had been withdrawn. The evidence sustains the finding. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss and Heffernan, JJ.

The People of the State of New York ex rel. Anthony John Villani, Relator, Appellant, v. Thomas H. Murphy, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Appeal from an order of the Supreme Court, Clinton county, made on November 17, 1938, dismissing a writ of habeas corpus and remanding appellant to the custody of the warden of Clinton State Prison. Appellant was convicted of robbery in the first degree, grand larceny in the second degree and assault in the second degree and sentenced by the Queens County Court on March 22, 1937, to be " imprisoned in the Sing Sing State Prison under an indeterminate sentence, the maximum of such imprisonment to be 30 years and the minimum to be 10 years thereon." He entered Sing Sing State Prison on March 29, 1937. On August 30, 1937, by order of the State Commissioner of Correction, he was transferred to Clinton State Prison at Dannemora where he is now confined. The petition states that the purpose of the writ is to return the appellant to Sing Sing State Prison, and the validity of his transfer to Clinton State Prison is the sole point raised on this appeal. Order unanimously affirmed. Present — Hill, P. J., Crapser, Bliss and Heffernan, JJ.

In the Matter of Russell D. Dustin, Appellant, against Thomas H. Murphy, as Warden of Clinton Prison, and the New York State Board of Parole of the Division of Parole, Respondents.— Petitioner, a prisoner in Dannemora Prison in Clinton county, has appealed from an order of the Special Term of the Supreme Court denying his application for a peremptory order of mandamus to compel respondents to release him on parole. Petitioner was convicted on May 24, 1922, of the crime of murder in the second degree and sentenced to an indeterminate term of imprisonment ranging from twenty years to his natural life. On July 20, 1936, the Governor commuted his sentence to fourteen years, seven months and three days, " in order that he [petitioner] may apply to the Board of Parole for State prisons for parole in accordance with the provisions of the law and the rules and regulations governing parole." Petitioner then applied to the Parole Board and his application for parole was denied. Order unanimously affirmed. Present — Hill, P. J., Crapser, Bliss and Heffernan, JJ.